William J. Wall, State Bar No. 203970
**The Wall Law Office**
9900 Research Drive
Irvine, CA 92618-4309
Telephone: (949) 387-4300
Facsimile:  (800) 722-8196
Email: wwall@wall-law.com

Leigh E. Ferrin, State Bar No. 259302
Quyen M. Tu, State Bar No. 247628
**Public Law Center**
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: (714) 541-1010
Fascimile:  (714) 541-5157
Email: lferrin@publiclawcenter.org
qtu@publiclawcenter.org

Attorney for Debtor/Defendant,
Juan Ramon Huerta Perales



FILED & ENTERED

JUL 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JUAN RAMON HUERTA PERALES<br><br>Debtor | Case No.: 8:08-12335-TA<br><br>Adv. No.: 8:08-01299-TA<br><br>**ORDER DISMISSING ADVERSAY BASED ON STIPULATION OF PARTIES** |
| PAYMENTECH, L.P.<br><br>Plaintiff<br><br>v.<br><br>JUAN RAMON HUERTA PERALES<br><br>Defendant | **Pretrial Conference**<br>Date: July 16, 2009<br>Time: 10:00 am<br>Place: Courtroom 5B<br>        411 West Fourth St.<br>        Santa Ana, CA 92701 |

-1-
ORDER DISMISSING ADVERSARY

1 **<u>ORDER</u>**

2 Based on the stipulation of the Parties this Court Orders:

3 1) This Adversary Proceeding is dismissed with prejudice;

4 2) Each party will bear its own costs and fees;

5 3) All future hearings and deadlines associated therewith are vacated.

6

7 ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 DATED: July 9, 2009

*Theodor C. Albert*
United States Bankruptcy Judge

25

26

27

28

-2-
ORDER DISMISSING ADVERSARY

| In re: | CHAPTER 7 |
|---|---|
| JUAN RAMON HUERTA PERALES | |
| Debtor(s). | CASE NUMBER 8:08-ap-01299-TA |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DISMISSING ADVERSAY BASED ON STIPULATION OF PARTIES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 26, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
William Wall    wwall@wall-law.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Ramon Perales (aka Juan Ramon Huerta Perales)
1325 N. Red Gum Street
Anaheim, CA 92806

**Counsel for Debtor**
Leigh E. Ferrin
Public Law Center
601 Civic Center Drive West
Santa Ana, CA 92701

**Attorney for Plaintiff**
Allan Herzlich
Herzlich & Blum LLP
15760 Ventura Blvd Ste 2024
Encino, CA 91436

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an **Entered** stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9021-1.1

| In re: | CHAPTER 7 |
|---|---|
| JUAN RAMON HUERTA PERALES | |
| Debtor(s). | CASE NUMBER 8:08-ap-01299-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9900 Research Drive, Irvine, CA 92618

A true and correct copy of the foregoing document described **[PROPOSED] ORDER DISMISSING ADVERSAY BASED ON STIPULATION OF PARTIES**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert
U.S. Bankruptcy Court
Attention: Intake
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701

Allan Herzlich
Herzlich & Blum LLP
15760 Ventura Blvd Ste 2024
Encino, CA 91436

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 26, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 26, 2009 | William J. Wall | |
|---|---|---|
| Date | Type Name | Signature |